**Order filed October 29, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00726-CV
_____

**BANK OF AMERICA, N.A, Appellant**

**V.**

**GEOFFREY A. GROFF, Appellee**

**On Appeal from the County Civil Court at Law No 2
Harris County, Texas
Trial Court Cause No. 1097237**

## O R D E R

The notice of appeal in this case was filed September 19, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 13, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.